**ROBERT D. CHRISTENSON, #076060**
**CHRISTENSON LAW FIRM**
**472 WEST PUTNAM AVENUE**
**PORTERVILLE, CALIFORNIA   93257**

**(559) 784-4934   Telephone**
**(559) 784-3431   Facsimile**

**Attorneys for Plaintiff**


**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT of CALIFORNIA**

**---o0o---**

| | |
|---|---|
| **ROSA Y. ALVAREZ,** ) | **CASE NO: CIV-F 05-1032** |
| ) | **AWI DLB** |
| **Plaintiff,** ) | |
| ) | |
| **vs** ) | **STIPULATION and ORDER** |
| ) | **to** |
| **COMMISSIONER of** ) | **EXTEND TIME** |
| **SOCIAL SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |

The parties, through their respective counsel, stipulate that the time for filing

Plaintiff's Opening Brief be extended from March 15, 2006 to April 14, 2006.


/ / / / /                                                                                   \ \ \ \ \


/ / / / /                                                                                   \ \ \ \ \

This is the Plaintiff's first request for an extension of time in this case.  The Plaintiff needs more time to prepare the Opening Brief.

Respectfully submitted,

**/s/ Robert D. Christenson**

Dated:   March 7, 2006                          ROBERT D. CHRISTENSON
                                                Attorney for Plaintiff

Dated: _____3/7/06_____                          **McGREGOR W. SCOTT**
                                                United States Attorney

                                                **/s/ Kimberly A. Gaab/sjm**

                                                _____
                                                **KIMBERLY A. GAAB**
                                                Assistant U.S. Attorney

          IT IS SO ORDERED.

     **Dated:   March 7, 2006**                 _____ **/s/ Dennis L. Beck** _____
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE