```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone:  (559) 497-4036
 5
    Attorneys for Defendant
 6
 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                       EASTERN DISTRICT OF CALIFORNIA
 9
10  ROSA Y. ALVAREZ,              )    1:05-cv-1032 SMS
                                  )
11              Plaintiff,        )    STIPULATION AND ORDER
                                  )    TO EXTEND TIME
12         v.                     )
                                  )
13  JO ANNE B. BARNHART,          )
    Commissioner of Social        )
14  Security,                     )
                                  )
15              Defendant.        )
    _____)
16
17       The parties, through their respective counsel, stipulate that
18  the time for filing defendant's opposition to plaintiff's opening
19  brief be extended from May 15, 2006 to June 14, 2006.
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

This is defendant's first request for an extension of time to file a response to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                    Respectfully submitted,

Dated: May 11, 2006        /s/ Robert D. Christenson
                                    (As authorized via facsimile)
                                    ROBERT D. CHRISTENSON
                                    Attorney for Plaintiff

Dated: May 12, 2006        McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney

**IT IS SO ORDERED:**


Dated: 5/23/2006            /s/ Sandra M. Snyder
                                    THE HONORABLE SANDRA M. SNYDER
                                    United States Magistrate Judge